UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

EDGAR CORDOBA-RAMIREZ,

              Defendant.
- - - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  JUN 1 0 2015  ★

BROOKLYN OFFICE

UNSEALING ORDER

Cr. No.  10 CR 376 (ERK)

EASTERN DISTRICT OF NEW YORK, SS:

       Upon the application of LORETTA E. LYNCH, United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Amir H. Toossi, for an

order unsealing the above-captioned matter as to the defendant EDGAR CORDOBA-

RAMIREZ.

       WHEREFORE, it is ordered that the above-captioned matter be unsealed as to

the defendant EDGAR CORDOBA-RAMIREZ.

Dated:      Brooklyn, New York
            June 8, 2015

                    s/Edward R. Korman

                    THE HONORABLE EDWARD R. KORMAN
                    UNITED STATES DISTRICT COURT JUDGE
                    EASTERN DISTRICT OF NEW YORK